FILED

2018 JUL 10 PM 4: 17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | JUDGE POLSTER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:18 CR 367 |
| | ) | Title 18, Sections 922(a)(6), |
| JOHN L. BROOKS, | ) | 924(a)(2) and 924(d)(1), United |
| | ) | States Code; Title 28, Section |
| Defendant. | ) | 2461(c), United States Code |

COUNT 1
(Providing False Information in the Acquisition of a Firearm,
in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

1. On or about March 18, 2017, in the Northern District of Ohio, Eastern Division, Defendant JOHN L. BROOKS, in connection with the acquisition of firearms, including: a Smith & Wesson, model M&P Bodyguard, .380 caliber pistol, serial number KCD9596; a Ceska Zbrojovka, model Scorpian Evo 3S1, 9mm pistol, serial number C148889; a Diamondback Arms, Inc., model DB9, 9mm pistol, serial number YF5443; a Taurus, model PT111 G2, 9mm pistol, serial number TJX61232; and a F.N. (FN Herstal), model five-seven, .57 caliber pistol, serial number 386314890, from BMT Firearms, 123 Greenwich Road, Seville, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to BMT Firearms, which statement was intended and likely to deceive BMT Firearms, as to a fact material to the lawfulness of such sale to and acquisition of said firearms by Defendant under Chapter 44 of Title 18, in that Defendant

represented that he was the actual buyer of the firearms when he in fact was not, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 2
(Providing False Information in the Acquisition of a Firearm,
in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

2. On or about the March 19, 2017, in the Northern District of Ohio, Eastern Division, Defendant JOHN L. BROOKS, in connection with the acquisition of firearms, including: a Taurus, model PT 111, 9mm pistol, serial number TJY91485 and a Smith & Wesson, model SD9VE, 9mm pistol, serial number FYE2214, from Excalibur Outdoors, 110 West Main Street, Circleville, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Excalibur Outdoors, which statement was intended and likely to deceive Excalibur Outdoors, as to a fact material to the lawfulness of such sale to and acquisition of said firearms by Defendant under Chapter 44 of Title 18, in that Defendant represented that he was the actual buyer of the firearms when he in fact was not, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 3
(Providing False Information in the Acquisition of a Firearm,
in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

3. On or about the March 19, 2017, in the Northern District of Ohio, Eastern Division, Defendant JOHN L. BROOKS, in connection with the acquisition of firearms, including: a German Sports Guns (GSG), model GSG-522P, .22 caliber pistol, serial number A569361; a Full Metal Jacket, model PM11, 9mm pistol, serial number 940016753; a SCCY

Industries LLC (SKYY Ind.), model CPX2TT, 9mm pistol, serial number 429600; a SCCY Industries LLC (SKYY Ind.), model CPX-2, 9mm pistol, serial number 443457; a SCCY Industries LLC (SKYY Ind.), model CPX-2, 9mm pistol, serial number 421438; and a Taurus, model 85FS, .38 caliber revolver, serial number JY99645, from MGA Arms, 4980 Davis Road, Perry, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to MGA Arms, which statement was intended and likely to deceive MGA Arms, as to a fact material to the lawfulness of such sale to and acquisition of said firearms by Defendant under Chapter 44 of Title 18, in that Defendant represented that he was the actual buyer of the firearms when he in fact was not, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3, are incorporated herein by reference. As a result of the foregoing offenses, Defendant JOHN L. BROOKS shall forfeit to the United States any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

    a. CZ (Ceska Zbrojovka) Scorpion EVO 3 S1 9 mm – Serial # C148889;

    b. Smith & Wesson M&P Bodyguard .380 – Serial # KCD9596;

    c. German Sport Gun GSG-522P .22 caliber – Serial # A569361;

    d. SCCY Industries (SKYY Ind.) CPX-2, 9 mm – Serial # 421438;

    e. Taurus PT111 9 mm – Serial # TJY91485; and,

   f.  Smith & Wesson SDVE 9 mm – Serial #FYE2214.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.