Case: 5:18-cr-00367-DAP  Doc #: 4-1  Filed:  01/17/19  1 of 11.  PageID #: 22

**Query      Reports      Utilities      Help      Log Out**

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.2 (Revision 1.2)] (Albany)
## CRIMINAL DOCKET FOR CASE #: 1:17-cr-00402-MAD-1

Case title: USA v. Brooks                              Date Filed: 12/14/2017

Assigned to: U.S. District Judge Mae A. D'Agostino

**Defendant (1)**

| | | |
|---|---|---|
| **John Brooks** | represented by | **Benjamin W. Hill** |
| | | Law Office of Benjamin W. Hill PLLC |
| | | 50 State Street |
| | | Ste Second Floor |
| | | Albany, NY 12207 |
| | | 518-240-1647 |
| | | Fax: 518-407-5661 |
| | | Email: ben@benhilllaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |
| | | |
| | | **Timothy E. Austin** |
| | | Office of the Federal Public Defender - Albany Office |
| | | Northern District of New York |
| | | 39 North Pearl Street, 5th Floor |
| | | Albany, NY 12207 |
| | | 518-436-1850 |
| | | Fax: 518-436-1780 |
| | | Email: tim.austin@fd.org |
| | | *TERMINATED: 03/27/2018* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1215(c)(1) TAMPERING WITH EVIDENCE (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| | | |
| --- | --- | --- |
| **USA** | represented by | **Alicia Suarez**<br>Office of United States Attorney - Albany<br>James T. Foley U.S. Courthouse<br>445 Broadway, Room 218<br>Albany, NY 12207-2924<br>518-431-0247<br>Email: alicia.g.suarez@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Joseph A. Giovannetti**<br>Office of United States Attorney - Albany<br>James T. Foley U.S. Courthouse<br>445 Broadway, Room 218<br>Albany, NY 12207-2924<br>518-431-0247<br>Fax: 518-431-0249<br>Email: joseph.giovannetti@usdoj.gov<br>*TERMINATED: 01/04/2019*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/14/2017 | 1 | INDICTMENT as to John Brooks (1) count(s) 1. (tab) (Entered: 12/15/2017) |
| 12/14/2017 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: GRAND JURY makes a partial report and returns Indictment. Tally |

|  |  | Sheet is ordered sealed. (Court Reporter Stephanie Ragone) (tab) (Entered: 12/15/2017) |
|---|---|---|
| 12/14/2017 | 3 | MOTION to Seal Case by USA as to John Brooks. (tab) (Entered: 12/15/2017) |
| 12/14/2017 | 4 | ORDER granting 3 Motion to Seal Case as to John Brooks (1). Signed by Magistrate Judge Christian F. Hummel on 12/14/2017. (Attachments: # 1 Public Order)(tab) (Entered: 12/15/2017) |
| 01/26/2018 |  | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Arraignment as to John Brooks (1) Count 1 held on 1/26/2018 and Plea entered as Not Guilty to counts1. Appearances by AUSA Joseph Giovannetti, for the government; AFPD Timothy Austin, appearing for the defendant (financial affidavit submitted, counsel appointed); USPO Kelly Hart present. The Defendant is advised of his rights and maximum penalties are stated. A Criminal Pretrial Order will be issued. The government moves for detention and a hearing is held. The Court Orders detention and finds the defendant to be a danger to the community and Defendant is remanded to the custody of the U.S. Marshal. (Court Reporter Lisa Tennyson) (tab) (Entered: 01/26/2018) |
| 01/26/2018 | 5 | ORDER OF DETENTION as to John Brooks. Signed by Magistrate Judge Christian F. Hummel on 1/26/2018. (tab) (Entered: 01/26/2018) |
| 01/26/2018 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Brooks ; Timothy E. Austin for John Brooks appointed.. Signed by Magistrate Judge Christian F. Hummel on 1/26/2018. (tab) (Entered: 01/26/2018) |
| 01/26/2018 | 7 | CRIMINAL PRETRIAL SCHEDULING ORDER as to John Brooks Motions to be filed by 2/23/2018. Jury Trial set for 3/27/2018 09:30 AM in Albany before Senior Judge Gary L. Sharpe. Signed by Magistrate Judge Christian F. Hummel on 1/26/2018. (tab) (Entered: 01/26/2018) |
| 02/02/2018 | 8 | NOTICE OF ATTORNEY APPEARANCE: Timothy E. Austin appearing for John Brooks (tab) (Entered: 02/02/2018) |
| 02/26/2018 | 9 | Letter from John Brooks as to John Brooks requesting the date of when his trial starts. (hmr) (Entered: 02/27/2018) |
| 03/01/2018 | 10 | STIPULATION/ORDER TO CONTINUE - Ends of Justice as to John Brooks: Time excluded from 3/1/2018 until 4/30/2018. Discovery to be completed on or before 3/22/2018. Reciprocal Discovery to be completed on or before 3/29/18. Motions to be filed by 4/5/2018 and shall be made returnable on the court's next available motion return date. Jury Trial set for 4/30/2018 at 09:30 AM in Albany before Senior Judge Gary L. Sharpe or, in the alternative, a change of plea shall be entered on or before 4/26/2018. Signed by Senior Judge Gary L. Sharpe on 3/1/2018. (jel, ) (Entered: 03/01/2018) |
| 03/07/2018 | 11 | Application and Order to Unseal Case as to John Brooks. Signed by Magistrate Judge Christian F. Hummel on 3/7/2018. (tab) (Entered: 03/07/2018) |
| 03/12/2018 | 12 | Letter from John Brooks as to John Brooks requesting when his next court date is and bail packages or applications. (hmr) (Entered: 03/13/2018) |

| 03/16/2018 | 13 | SEALED DOCUMENT - maintained in Clerk's Office and not available for electronic viewing. (hmr) (Entered: 03/19/2018) |
|---|---|---|
| 03/19/2018 | 14 | NOTICE OF HEARING as to John Brooks. An Attorney Representation/Appointment Hearing has been set for Thursday, 3/22/2018 @ 1:30 PM in Albany before Magistrate Judge Christian F. Hummel. Defendant will be produced for this hearing.(tab) (Entered: 03/19/2018) |
| 03/19/2018 | 15 | SEALED DOCUMENT/Letter from defendant advising original document of copy filed on March 16, 2018 - maintained in Clerk's Office and not available for electronic viewing. (hmr) (Entered: 03/20/2018) |
| 03/22/2018 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Attorney Appointment Hearing as to John Brooks held on 3/22/2018. Appearances by AUSA Emmet O'Hanlon, standing in for AUSA Joseph Giovannetti. AFPD Tim Austin appearing for Defendant Brooks. The case is called and the purpose of the hearing is stated. AUSA O'Hanlon is directed to step out of the courtroom and a portion of the transcribed proceeding is Ordered SEALED. AFPD Austin states his position regarding representation. Defendant Brooks states his position. The Court recalls AUSA O'Hanlon to the courtroom. The Court relieves AFPD Austin from the case and advises Defendant that new counsel will be appointed. Defendant is remanded. (Court Reporter Theresa Casal) (tab) (Entered: 03/22/2018) |
| 03/27/2018 | 16 | CJA 20. Refer to the Court's website: http://www.nynd.uscourts.gov/cja.cfm for comprehensive information relating to court appointed representation. Attorneys are reminded that CJA vouchers are to be submitted to the court no later than 45 days after the final disposition of the case, unless good cause is shown. Please refer to Appendix II of the CJA Plan (Guidelines for Submitting Claims for Reimbursement Pursuant to the Criminal Justice Act of the Northern District of New York). Signed by Magistrate Judge Christian F. Hummel on 3/27/2018. (dpk) (Entered: 03/27/2018) |
| 03/27/2018 | 17 | TEXT ORDER as to John Brooks. The Court has appointed Benjamin Hill, Esq. as CJA counsel for John Brooks. Accordingly, AFPD Timothy E. Austin is terminated in this case as to John Brooks. SO ORDERED by Magistrate Judge Christian F. Hummel on March 27, 2018. (dpk) (Entered: 03/27/2018) |
| 04/04/2018 | 18 | Letter from Benjamin W. Hill as to John Brooks requesting Adjournment of trial date and extension of discovery and motion deadlines (Hill, Benjamin) (Entered: 04/04/2018) |
| 04/05/2018 | 19 | STIPULATION by USA to exclusion of time pursuant to the Speedy Trial Act (Attachments: # 1 Proposed Order/Judgment)(Giovannetti, Joseph) (Entered: 04/05/2018) |
| 04/06/2018 | 20 | STIPULATION/ORDER TO CONTINUE - Ends of Justice as to John Brooks: Time excluded from 4/6/2018 until 6/5/2018. Discovery to be completed on or before 4/27/2018. Reciprocal Discovery to be completed on or before 5/4/2018. Motions to be filed by 5/11/2018 and shall be made returnable on the court's next available motion return date. Jury Trial set for 6/11/2018 at 09:30 AM in Albany before Senior Judge Gary L. Sharpe or, in the alternative, a change of |

| | | plea shall be entered on or before 6/7/2018. Signed by Senior Judge Gary L. Sharpe on 4/6/2018. (jel, ) (Entered: 04/06/2018) |
|---|---|---|
| 05/11/2018 | 21 | MOTION to Dismiss *the Indictment and to Suppress Statements and Evidence* by John Brooks. Motion Hearing set for 6/21/2018 09:30 AM in Albany before Senior Judge Gary L. Sharpe Response to Motion due by 6/4/2018 Reply to Response to Motion due by 6/11/2018. (Attachments: # 1 Memorandum of Law) (Hill, Benjamin) (Entered: 05/11/2018) |
| 05/14/2018 | 22 | Letter dated May 11, 2018 by Benjamin Hill, Esq., for John Brooks requesting to reserve the right to supplement the motion with an affidavit at a later time . (Hill, Benjamin) Modified on 5/16/2018 (jel, ). (Entered: 05/14/2018) |
| 05/16/2018 | 23 | Text Only Order - On May 11, 2018, defendant filed a motion to dismiss and suppress statements and evidence. (Dkt. No. 21.) On May 14, 2018, defendant filed a letter along with the notice of motion to dismiss and suppress statements and evidence. (Dkt. No. 22.) The court directs the clerk to strike the notice of motion attachment and construe as a letter requesting to reserve his right to supplement the motion with an affidavit if necessary. The court reserves on defendant's letter request, (Dkt. No. 22), upon further submissions from the parties. IT IS SO ORDERED. Issued by Senior Judge Gary L. Sharpe on 5/16/2018. (jel, ) (Entered: 05/16/2018) |
| 06/04/2018 | 24 | Letter from AUSA Joseph A. Giovannetti as to John Brooks requesting a 14-day extension of the deadline to file the government response to Dkt. 21 (Giovannetti, Joseph) (Entered: 06/04/2018) |
| 06/05/2018 | 25 | Text Only Order - The government's request for a 14-day extension to respond to defendant's motion, (Dkt. No. 24), is GRANTED. Response papers are to be filed on or before June 18, 2018. Reply papers are to be filed on or before June 25, 2018. Motion hearing is rescheduled for July 5, 2018 at 9:00 a.m. on SUBMIT only. No personal appearances are needed. Issued by Senior Judge Gary L. Sharpe on 6/5/2018. (jel, ) (Entered: 06/05/2018) |
| 06/15/2018 | 26 | RESPONSE in Opposition by USA as to John Brooks re 21 MOTION to Dismiss *the Indictment and to Suppress Statements and Evidence* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2)(Giovannetti, Joseph) (Entered: 06/15/2018) |
| 06/28/2018 | 27 | Text Only Order - A suppression hearing has been scheduled for July 12, 2018 at 9:00 A.M. Defendant is to apprise the court, in writing, of the factual basis in support of his claim of involuntariness of the statements which he seeks to suppress on or before July 5, 2018. IT IS SO ORDERED. Issued by Senior Judge Gary L. Sharpe on 6/28/2018. (jel, ) (Entered: 06/28/2018) |
| 07/05/2018 | 28 | Letter from Benjamin W. Hill Esq. as to John Brooks requesting The Court to hold a suppression hearing (Hill, Benjamin) (Entered: 07/05/2018) |
| 07/11/2018 | 29 | Letter from Bejamin W. Hill, Esq. as to John Brooks requesting Adjournment (Hill, Benjamin) (Entered: 07/11/2018) |
| 07/11/2018 | 30 | TEXT ONLY ORDER as to John Brooks - Defendant's request for an adjournment of the July 12, 2018 suppression hearing, (Dkt. No. 29), is GRANTED. Suppression Hearing has been reset for 7/17/2018 at 09:00 AM in |

| Date | Doc # | Entry |
|---|---|---|
|  |  | Albany before Senior Judge Gary L. Sharpe. Issued by Senior Judge Gary L. Sharpe on 7/11/2018. (jel, ) (Entered: 07/11/2018) |
| 07/12/2018 | 31 | TEXT ONLY ORDER - Parties are directed to file their witness list and exhibit list for any potential exhibits to be used during the suppression hearing by 12:00 P.M. on Monday, July 16, 2018. IT IS SO ORDERED. Issued by Senior Judge Gary L. Sharpe on 7/12/2018. (jel, ) (Entered: 07/12/2018) |
| 07/16/2018 | 32 | WITNESS LIST by USA as to John Brooks (Giovannetti, Joseph) (Entered: 07/16/2018) |
| 07/16/2018 | 33 | EXHIBIT LIST by USA as to John Brooks (Giovannetti, Joseph) (Entered: 07/16/2018) |
| 07/16/2018 | 34 | STATUS REPORT *Regarding Witnesses & Exhibits for Suppression Hearing* by John Brooks (Hill, Benjamin) (Entered: 07/16/2018) |
| 07/17/2018 | 35 | NOTICE OF ATTORNEY APPEARANCE: Alicia Suarez appearing for USA as co-counsel with Attorney Joseph A. Giovannetti (Suarez, Alicia) (Entered: 07/17/2018) |
| 07/17/2018 |  | Text Only Minute Entry for proceedings held before Senior Judge Gary L. Sharpe: CRD: John Law. Suppression Hearing as to John Brooks held on 7/17/2018. Appearances Made: Joseph Giovannetti, AUSA, for the USA and Benjamin Hill, Esq., for the defendant. Governments Witness: Young Choi. Direct Examination: Young Choi. Atty. Giovannetti presents Exhibit G-1 to the witness and moves to admit into evidence. Atty. Hill states objection. Court over rules objection and admits Exhibit G-1 into evidence. Atty. Giovannetti presents Exhibit G-2 to the witness and moves to admit into evidence. Court admits Exhibit G-2 into evidence. Atty. Giovannetti presents Exhibit G-3 to the witness and moves to admit into evidence. Court admits Exhibit G-3 into evidence. Atty. Giovannetti presents Exhibit G-4 to the witness and moves to admit into evidence. Court admits Exhibit G-4 into evidence. Cross Examination: Young Choi. Redirect Examination: Young Choi. Government rests. Defendant rests. Atty. Hills requests to submit post hearing brief.Court denies defendants request. Court reserves decision on the motion.Court states trial for August 13, 2018 at 9:30 a.m. (Court Reporter Lisa Tennyson) (jel, ) (Entered: 07/17/2018) |
| 07/17/2018 | 36 | AFFIDAVIT by USA as to John Brooks (Giovannetti, Joseph) (Entered: 07/17/2018) |
| 07/19/2018 | 37 | TEXT ONLY ORDER - Defendant shall respond to the government's affidavit, (Dkt. No. 36), on or before July 23, 2018. IT IS SO ORDERED. Issued by Senior Judge Gary L. Sharpe on 7/19/2018. (jel, ) (Entered: 07/19/2018) |
| 07/20/2018 | 38 | TRANSCRIPT REQUEST *of Suppression Hearing* by USA as to John Brooks for proceedings held on 7/17/18 before Judge Sharpe. (Attachments: # 1 Transcript)(Suarez, Alicia) (Main Document 38 replaced on 7/20/2018) (jel, ). (Main Document 38 replaced on 7/20/2018) (hmr, ). (Attachment 1 replaced on 7/20/2018) (hmr, ). (Main Document 38 replaced on 7/23/2018) (jel, ). (Entered: 07/20/2018) |
| 07/20/2018 |  |  |

| | | |
|---|---|---|
| | | CLERK'S CORRECTION OF DOCKET ENTRY - Replaced 38 Transcript Request with version signed by the U.S. Attorney. (jel, ) (Entered: 07/20/2018) |
| 07/20/2018 | | CLERK'S CORRECTION OF DOCKET ENTRY re 38 Transcript Request: Clerk replaced both main document and attachment with flattened versions so that no changes could be made to the document. (hmr) (Entered: 07/20/2018) |
| 07/23/2018 | | CLERK'S CORRECTION OF DOCKET ENTRY - Replaced Dkt. No. 38 with flattened version of transcript request with proper defendant's name in caption and body of request. (jel, ) Modified on 7/23/2018 (jel, ). (Entered: 07/23/2018) |
| 07/23/2018 | 39 | Letter from Benjamin W. Hill, Esq. as to John Brooks requesting Extension (Hill, Benjamin) (Entered: 07/23/2018) |
| 07/23/2018 | 40 | TEXT ONLY ORDER as to John Brooks - Defendant's request for an extension to of time to respond to Choi's affidavit (Dkt. No. 39) is GRANTED IN PART. Defendant's response is to be filed by 5:00 p.m. on Tuesday, July 24, 2018. Issued by Senior Judge Gary L. Sharpe on 7/23/2018. (jel, ) (Entered: 07/23/2018) |
| 07/24/2018 | 41 | Letter from Benjamin W. Hill, Esq. as to John Brooks requesting not to reopen suppression hearing. (Hill, Benjamin) (Entered: 07/24/2018) |
| 07/24/2018 | 42 | MOTION for Protective Order by USA as to John Brooks. (Attachments: # 1 Proposed Order/Judgment)(Suarez, Alicia) (Entered: 07/24/2018) |
| 07/26/2018 | 43 | MEMORANDUM-DECISION and ORDER - That defendant's 21 motion to dismiss the indictment and to suppress is DENIED. Signed by Senior Judge Gary L. Sharpe on 7/26/2018.(jel, ) (Entered: 07/26/2018) |
| 07/26/2018 | 44 | ORDER granting 42 Motion for Protective Order as to John Brooks (1). Signed by Senior Judge Gary L. Sharpe on 7/26/2018.(jel, ) (Entered: 07/26/2018) |
| 07/26/2018 | 45 | ORDER REASSIGNING CASE as to John Brooks. Senior Judge Gary L. Sharpe no longer assigned to case. Case reassigned to U.S. District Judge Mae A. D'Agostino for all further proceedings including trial. Signed by Senior Judge Gary L. Sharpe on 7/26/2018. (jel, ) (Entered: 07/26/2018) |
| 08/06/2018 | 46 | STIPULATION by USA to Exclude Speedy Trial Time (Suarez, Alicia) (Entered: 08/06/2018) |
| 08/06/2018 | 47 | STIPULATION AND ORDER TO CONTINUE - Ends of Justice as to John Brooks Time excluded from 8/6/2018 until 11/3/2018: The Jury Trial set for 10/2/2018 at 01:00 PM in Albany before U.S. District Judge Mae A. D'Agostino (with a back-up trial date of October 22, 2018); The Final Pretrial Conference is set for 9/20/2018 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions due by 9/18/2018; A change of plea shall be entered on or before 9/28/18; Motions to be filed by 8/31/2018, and shall be made returnable on October 2, 2018 (ON SUBMIT) before Judge D'Agostino; Discovery by USA due 8/17/18; Reciprocal Discovery by the defendant due 8/24/18. Signed by U.S. District Judge Mae A. D'Agostino on 8/6/2018. (ban) (Entered: 08/07/2018) |
| 08/08/2018 | 48 | |

| | | |
|---|---|---|
| | | TRIAL ORDER as to John Brooks: The Jury Trial is set for 10/2/2018 at 01:00 PM in Albany before U.S. District Judge Mae A. D'Agostino (Back-up trial date set for October 22, 2018 at 9:30 a.m.); The Final Pretrial Conference is set for 9/20/2018 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions/Motions in Limine due by 9/18/2018; Response(s), if any, to motion(s) in limine are due on or before 9/25/18. Signed by U.S. District Judge Mae A. D'Agostino on 8/8/2018. (ban) (Entered: 08/08/2018) |
| 08/23/2018 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to John Brooks: Suppression Hearing held on July 17, 2018, before Judge Gary L. Sharpe, Court Reporter: Lisa L. Tennyson,Telephone number: (518) 257-1823. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/13/2018. Redacted Transcript Deadline set for 9/24/2018. Release of Transcript Restriction set for 11/21/2018. Notice of Intent to Redact due by 8/28/2018 (lt, ) (Entered: 08/23/2018) |
| 09/14/2018 | 50 | TEXT ORDER as to John Brooks: At the request of counsel, the Jury Trial as to John Brooks is RESET for 10/22/2018 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; The Final Pretrial Conference is reset for 10/16/2018 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions/Motion(s) in Limine are due by 10/9/2018; Response(s), if any, to motion(s) in limine are due on or before 10/15/18. NO further adjournments of this trial date will be entertained. Signed by U.S. District Judge Mae A. D'Agostino on 9/14/2018. (ban) (Entered: 09/14/2018) |
| 10/11/2018 | 51 | TEXT ORDER RE-SETTING TRIAL DATE as to John Brooks: It is hereby ORDERED that the Jury Trial as to John Brooks is reset for 11/26/2018 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; The Final Pretrial Conference is set for 11/20/2018 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions/Motion(s) in Limine are due by 11/13/2018; A change of plea, if any, shall be entered on or before 11/3/18, or a firm trial date will be set. Signed by U.S. District Judge Mae A. D'Agostino on 10/11/2018. (ban) (Entered: 10/11/2018) |
| 10/26/2018 | 52 | STIPULATION by USA to Speedy Trial Act Exclusion and Continuance (Suarez, Alicia) (Entered: 10/26/2018) |
| 10/26/2018 | 53 | STIPULATION AND ORDER TO CONTINUE - Ends of Justice as to John Brooks Time excluded from 10/26/18 until 1/23/19: The Jury Trial is set for 1/14/2019 at 09:30 AM in Albany before U.S. District Judge Mae A. |

| | | |
|---|---|---|
| | | D'Agostino; The Final Pretrial Conference is set for 1/3/2019 at 09:00 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions due by 12/28/2018; A change of plea shall be entered on or before 12/27/18; Motions to be filed by 12/14/2018, and shall be made returnable on January 15, 2019 (ON SUBMIT) before the Honorable Mae A. D'Agostino; Discovery by USA due 11/30/18; Reciprocal Discovery by the defendant due 12/7/18. Signed by U.S. District Judge Mae A. D'Agostino on 10/26/2018. (ban) (Entered: 10/26/2018) |
| 12/10/2018 | 54 | Consent MOTION for Extension of Time to File *Pre-Trial Motions on behalf of both parties* by John Brooks. (Hill, Benjamin) (Entered: 12/10/2018) |
| 12/11/2018 | 55 | TEXT ORDER granting 54 Motion for Extension of Time to File as to John Brooks (1): It is hereby ORDERED that the joint request for an extension of time to file pre-trial motions in this case is GRANTED; Pre-Trial Motions, if any, are due to be filed on or before 12/21/18. Signed by U.S. District Judge Mae A. D'Agostino on 12/11/2018.(ban) (Entered: 12/11/2018) |
| 12/11/2018 | | Reset Deadlines/Hearings as to John Brooks: Motions to be filed by 12/21/2018. (ban) (Entered: 12/11/2018) |
| 12/22/2018 | 56 | First MOTION in Limine *to Preclude the Introduction of Evidence Concerning Charges Pending in the Northern District of Ohio* by John Brooks. (Hill, Benjamin) (Entered: 12/22/2018) |
| 12/26/2018 | | TEXT NOTICE as to John Brooks re 56 First MOTION in Limine *to Preclude the Introduction of Evidence Concerning Charges Pending in the Northern District of Ohio* : The Motion will be decided on the submission of the papers only. The Government's Response to Motion is due by 1/4/2019. (ban) (Entered: 12/26/2018) |
| 12/27/2018 | 57 | Letter from AUSA Alicia Suarez as to John Brooks requesting extension of time to file pre-trial submissions (Suarez, Alicia) (Entered: 12/27/2018) |
| 12/31/2018 | 58 | Court Ordered Questionnaire as to John Brooks (Suarez, Alicia) (Entered: 12/31/2018) |
| 12/31/2018 | 59 | EXHIBIT LIST by USA as to John Brooks (Suarez, Alicia) (Entered: 12/31/2018) |
| 12/31/2018 | 60 | WITNESS LIST by USA as to John Brooks (Suarez, Alicia) (Entered: 12/31/2018) |
| 12/31/2018 | 61 | Proposed Jury Instructions by USA as to John Brooks (Suarez, Alicia) (Entered: 12/31/2018) |
| 12/31/2018 | 62 | PROPOSED VERDICT FORM by USA as to John Brooks (Suarez, Alicia) (Entered: 12/31/2018) |
| 12/31/2018 | 63 | Proposed Voir Dire by USA as to John Brooks (Suarez, Alicia) (Entered: 12/31/2018) |
| 12/31/2018 | 64 | Court Ordered Questionnaire as to John Brooks (Hill, Benjamin) (Entered: 12/31/2018) |
| | | |

| | | |
|---|---|---|
| 12/31/2018 | 65 | Proposed Jury Instructions *on 1512(c)(1)* by John Brooks (Hill, Benjamin) (Entered: 12/31/2018) |
| 12/31/2018 | 66 | PROPOSED VERDICT FORM by John Brooks (Hill, Benjamin) (Entered: 12/31/2018) |
| 12/31/2018 | 67 | TRIAL BRIEF by John Brooks (Hill, Benjamin) (Entered: 12/31/2018) |
| 12/31/2018 | 68 | TRIAL BRIEF by USA as to John Brooks (Suarez, Alicia) (Entered: 12/31/2018) |
| 01/03/2019 | | TEXT Minute Entry for Final Pretrial Conference as to John Brooks held on 1/3/2019 before U.S. District Judge Mae A. D'Agostino: Appearances by Alicia Suarez, AUSA and Wayne Myers, AUSA for the Government; Benjamin Hill, Esq. for the defendant; The Jury trial is set to begin on Monday, January 14, 2019 at 9:30 a.m.; Jury selection, trial procedures, and scheduling are discussed with counsel; Judge D'Agostino encourages the parties to continue discussions regarding stipulating to evidence. Defense counsel addresses the Court regarding the possible in camera review of grand jury minutes - if a request is being made of the Court, defense counsel should file it's request promptly; The Government addresses the Court regarding a plea offer presented to the defendant - the record is SEALED only as to the plea offer discussion. (Court Reporter Jacqueline Stroffolino, CRD Britney Norton [Time 9:06 a.m. - 9:22 a.m.]) (ban) (Entered: 01/03/2019) |
| 01/04/2019 | | Attorney update in case as to John Brooks. Attorney Joseph A. Giovannetti terminated. (ban) (Entered: 01/04/2019) |
| 01/04/2019 | 69 | RESPONSE in Opposition by USA as to John Brooks re 56 First MOTION in Limine *to Preclude the Introduction of Evidence Concerning Charges Pending in the Northern District of Ohio* (Suarez, Alicia) (Entered: 01/04/2019) |
| 01/07/2019 | 70 | WITNESS LIST by John Brooks (Hill, Benjamin) (Entered: 01/07/2019) |
| 01/07/2019 | 71 | EXHIBIT LIST by John Brooks (Hill, Benjamin) (Entered: 01/07/2019) |
| 01/07/2019 | 72 | STATUS REPORT *re evidentiary issues* by John Brooks (Hill, Benjamin) (Entered: 01/07/2019) |
| 01/09/2019 | 74 | MEMORANDUM-DECISION AND ORDER denying 56 Motion in Limine as to John Brooks (1): The Court hereby ORDERS that Defendant's motion in limine is DENIED; and the Court further ORDERS that the Clerk of the Court shall serve a copy of this Memorandum-Decision and Order on the parties in accordance with the Local Rules. Signed by U.S. District Judge Mae A. D'Agostino on 1/9/2019.(ban) (Entered: 01/09/2019) |
| 01/09/2019 | 75 | TEXT ORDER granting 73 Government's letter request seeking in camera review. In a letter dated January 7, 2019, the Government requested that the Court conduct an in camera review of potential impeachment information relating to a Government witness in the jury trial scheduled to commence on January 14, 2019. Having reviewed the material submitted, the Court agrees with the Government that it does not constitute Giglio material and that, because of the nature of the material, the application was properly made ex parte. See United States v. Preldakaj, 456 Fed. Appx. 56, 59 (2d Cir. 2012). Moreover, |

| | | |
|---|---|---|
| | | cross examination of the witness regarding the conduct outlined in the Government's submission would go beyond the limits of Federal Rule of Evidence 608(b)(1) because the conduct outlined is not probative as to the witness' character for truthfulness. Accordingly, the Court finds that the evidence does not need to be disclosed. IT IS SO ORDERED. Signed by U.S. District Judge Mae A. D'Agostino on 1/9/2019.(ban) (Entered: 01/09/2019) |
| 01/11/2019 | 76 | PRETRIAL STIPULATION by USA as to John Brooks (Suarez, Alicia) (Entered: 01/11/2019) |
| 01/12/2019 | 77 | EXHIBIT LIST by USA as to John Brooks (Suarez, Alicia) (Entered: 01/12/2019) |
| 01/13/2019 | 78 | EXHIBIT LIST by John Brooks (Hill, Benjamin) (Entered: 01/13/2019) |
| 01/14/2019 | 79 | Minute Entry for Jury Selection and Jury Trial (DAY 1) held on January 14, 2019 before the Hon. Mae A. D'Agostino as to John Brooks: Appearances by Alicia Suarez, AUSA for the Government, with ATF Special Agent Young Choi; and Benjamin Hill, Esq. for the defendant. Evidence entered. The trial will resume on Tuesday, January 15, 2019 at 9:30 a.m. (Court Reporter Theresa Casal, CRD Britney Norton) (ban) (Entered: 01/14/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/15/2019 13:55:10 | | |
| **PACER Login:** raiceviche | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:17-cr-00402-MAD |
| **Billable Pages:** 8 | **Cost:** | 0.80 |