# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:18CR00367 |
| | : | |
| Plaintiff, | : | JUDGE DAN AARON POLSTER |
| | : | |
| v. | : | |
| | : | |
| JOHN L. BROOKS, | : | **SUPPLEMENT TO DEFENDANT'S** |
| | : | **SENTENCING MEMORANDUM** |
| Defendant. | : | |

Now comes Defendant, John L. Brooks, through undersigned counsel, and respectfully submits the instant Supplement to his previously-filed Sentencing Memorandum. Dkt. 61.

Mr. Brooks submits the following with respect to his unresolved Objection(s) as summarized in the Addendum to the Presentence Report, Dkt. 60, PageID 324:

- As detailed in the Addendum, Mr. Brooks denies having committed the offense with the knowledge, intent, or reason to believe that it would result in the transfer of a firearm(s) or ammunition to a prohibited person;

- If the Court finds Mr. Brooks did not have the knowledge, intent, or reason to believe that the offense would result in the transfer of a firearm to a prohibited person, the applicable base offense level would be 12 pursuant to USSG §2K2.1(a)(7);

- The Addendum does not address the (in)applicability of the four (4)-point enhancement under USSG §2K2.1(b)(5) should the Court finds Mr. Brooks did not have the knowledge, intent, or reason to believe that the offense would result in the transfer of a firearm to a prohibited person;

- If the Court deems Mr. Brooks's Objection well-taken, the four (4)-point enhancement under USSG §2K2.1(b)(5) would *not* apply, and the adjusted offense level (*before* acceptance of responsibility) would be 16 (as opposed to 20).

1

Respectfully submitted,


      s/Jay Milano

JAY MILANO (0008204)
Milano Attorneys at Law
2639 Wooster Road
Rocky River, OH 44116-2911
P: (440) 356-2828
F: (440) 356-2873
Email: jm@milanolaw.com

Attorney for Defendant,
John Brooks

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing Motion been served via CM/ECF electronic filing with the United States District Court for the Northern District of Ohio this <u>8th</u> day of September 2021 upon:

Damoun Delaviz
Assistant U.S. Attorney
Office of the U.S. Attorney
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113

Respectfully submitted,

_____s/Jay Milano_____
Jay Milano, Esq. (0008204)